# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Phillip Bret Campbell, Debtor                 Case No. 25-11685-SDM
                                                       **CHAPTER 13**

## NOTICE OF FILING CHAPTER 13 PLAN AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

The above-named Debtor has filed a *Chapter 13 plan and Motions for Valuation and Lien Avoidance* (the "Plan") with the Bankruptcy Court in the above referenced case (see attachment).

Any objection to confirmation of the Plan or the motions contained therein shall be filed in writing with the Clerk of Court at US Bankruptcy Courthouse, 703 Hwy 145 North, Aberdeen, MS 39730, on or before July 17, 2025. Copies of the objection must be served on the Trustee, US Trustee, Debtor, and Attorney for Debtor.

Objections to confirmation will be heard and confirmation determined on August 07, 2025, at 10:00 AM, Greenville Federal Building, 305 Main St., Greenville, MS 38701, unless the court orders otherwise. If no objection is timely filed, the Plan may be confirmed without a hearing.

Date: June 2, 2025                        /s/ Thomas C. Rollins, Jr.
                                          *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Phillip Bret Campbell** |
| | Full Name (First, Middle, Last) |
| Debtor 2 | |
| (Spouse, if filing) | Full Name (First, Middle, Last) |

United States Bankruptcy Court for the **NORTHERN DISTRICT OF MISSISSIPPI**

Case number:
(If known)

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

_____

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance          12/17

## Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☑ Included | ☐ Not Included |

## Part 2: Plan Payments and Length of Plan

**2.1   Length of Plan.**

The plan period shall be for a period of __**60**__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2   Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay __**$3,295.23**__ (☑ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

**Kirk Auto**
**616 Davis Ave**
**Cleveland MS 38732-0000**

Debtor **Phillip Bret Campbell**     Case number _____

Joint Debtor shall pay ____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

_____
_____
_____

**2.3    Income tax returns/refunds.**

*Check all that apply*

☑ Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows: _____

**2.4 Additional payments.**
*Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

### Part 3:    Treatment of Secured Claims

**3.1    Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*

☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.1(a) Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.
☑

1    Mtg pmts to    **Planet Home Lending**
Beginning    **June 2025**    @    **$1,850.00**    ☐ Plan    ☑ Direct.    Includes escrow ☑ Yes ☐ No

**-NONE-**    Mtg arrears to _____ Through _____ _____

**3.1(b)** ☑    **Non-Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

Property    **-NONE-**
address:    _____
Mtg pmts to _____
Beginning   month _____    @ _____    Plan    Direct.    Includes escrow   Yes   No

Property **-NONE-** Mtg arrears to _____ Through _____ _____

**3.1(c)** ☐    **Mortgage claims to be paid in full over the plan term:** Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor.

Creditor:    **-NONE-**    Approx. amt. due: _____    Int. Rate*: _____

Property Address: _____
Principal Balance to be paid with interest at the rate above: _____
(as stated in Part 2 of the Mortgage Proof of Claim Attachment)
Portion of claim to be paid without interest: $ _____
(Equal to Total Debt less Principal Balance)

Special claim for taxes/insurance: $ _____ **-NONE-** /month, beginning   month  .
(as stated in Part 4 of the Mortgage Proof of Claim Attachment)

**Mississippi Chapter 13 Plan**    Page 2

Debtor **Phillip Bret Campbell**     Case number _____

\* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District
*Insert additional claims as needed.*

**3.2 Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
*The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.*

☑ Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| BCU | $35,430.00 | 2021 Yamaha Salwater 200 Boat Motor | $25,000.00 | $25,000.00 | 10.00% |
| Cleveland State Bank | $18,294.00 | 2021 Vexus AVX Hull and Trailer | $20,000.00 | $18,294.00 | 10.00% |
| Lift Fund | $19,000.00 | Golf Cart Trailer | $1,000.00 | $1,000.00 | 10.00% |
| Snap-on Credit | $9,347.00 | Diagnostic Computer | $12,000.00 | $9,347.00 | 10.00% |
| Tower Loan | $3,796.00 | Household Goods | $500.00 | $500.00 | 10.00% |

*Insert additional claims as needed.*

#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

Mississippi Chapter 13 Plan     Page 3

| Debtor | **Phillip Bret Campbell** | | Case number | |

| Name of creditor | Collateral | Amount per month | Beginning month |
|---|---|---|---|
| -NONE- | | | |

* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District

For vehicles identified in § 3.2: The current mileage is _____

**3.3** **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
- ☑ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

**3.4** **Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*
- ☑ **None**. *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5** **Surrender of collateral.**

*Check one.*
- ☑ **None**. *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

### Part 4: Treatment of Fees and Priority Claims

**4.1** **General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2** **Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3** **Attorney's fees.**

☑ No look fee: **4,978.00**
**The no look fee includes the filing fee, credit counseling, and credit report fee as allowed by the standing order regarding the no look fee - these expenses were paid by the Rollins Law Firm**

| | |
|---|---|
| Total attorney fee charged: | $**4,978.00** |
| Attorney fee previously paid: | $**0.00** |
| Attorney fee to be paid in plan per confirmation order: | $**4,978.00** |

☐ Hourly fee: $____. (Subject to approval of Fee Application.)

**4.4** **Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
- ☐ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*
- ☑ Internal Revenue Service  **$2,900.00** .
- ☐ Mississippi Dept. of Revenue  **$0.00** .
- ☐ Other _____  **$0.00** .

**4.5** **Domestic support obligations.**

- ☑ **None**. *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

| Debtor | **Phillip Bret Campbell** | Case number | |
|---|---|---|---|

### Part 5: Treatment of Nonpriority Unsecured Claims

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

- ☐ The sum of $
- ☑ **100.00** % of the total amount of these claims, an estimated payment of $ **110,190.00**
- ☐ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**8,778.10**
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2 Other separately classified nonpriority unsecured claims (special claimants).** *Check one.*

- ☑ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

### Part 6: Executory Contracts and Unexpired Leases

**6.1 The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one.*

- ☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

### Part 7: Vesting of Property of the Estate

**7.1 Property of the estate will vest in the debtor(s) upon entry of discharge.**

### Part 8: Nonstandard Plan Provisions

**8.1 Check "None" or List Nonstandard Plan Provisions**
- ☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

**The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.**
**IRS Business Trust Fund Taxes being paid through debtor's chapter 11 case.**

**The following debts are personally guaranteed debts that are provided for in Debtor's business' chapter 11 filing: American Express, AMUR, CFG Merchant Solutions, Cleveland State Bank (except loan ending in -0010 on the 2021 Lexus AVX), North Mill Equipment, TopMark Funding, LLC, United First, Volvo Financial Services**

**Debtor to pay BCU loan on the Yukon and Ally FInancial loans direct as long-term debts.**

### Part 9: Signatures:

**9.1 Signatures of Debtor(s) and Debtor(s)' Attorney**

*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

| X | **/s/ Phillip Bret Campbell** | X | |
|---|---|---|---|
| | **Phillip Bret Campbell** | | Signature of Debtor 2 |
| | Signature of Debtor 1 | | |
| | Executed on **May 28, 2025** | | Executed on |
| | **1214 Waverly Ave** | | |
| | Address | | Address |

**Mississippi Chapter 13 Plan**     Page 5

| | | | |
|---|---|---|---|
| Debtor | **Phillip Bret Campbell** | Case number | |

**Cleveland MS 38732-0000**
City, State, and Zip Code                                              City, State, and Zip Code

Telephone Number                                                       Telephone Number

X  **/s/ Thomas C. Rollins, Jr.**                                      Date  **May 28, 2025**
**Thomas C. Rollins, Jr. 103469**
Signature of Attorney for Debtor(s)
**P.O. Box 13767**
**Jackson, MS 39236**
Address, City, State, and Zip Code
**601-500-5533**                                                       **103469 MS**
Telephone Number                                                       MS Bar Number
**trollins@therollinsfirm.com**
Email Address

# **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., attorney for the Debtor, do herby certify that by filing the attached Notice and Chapter 13 Plan, I have caused the following partied to be served electronically via ECF:

Case Trustee
Office of the US Trustee

I certify that I have this day served a true and correct copy of the attached Notice and Chapter 13 Plan by US Mail[1], postage prepaid, to the following creditor(s) listed in Sections 3.2 and/or 3.4 of the Plan pursuant to Fed. R. Bankr. P. 7004:

| | |
|---|---|
| Baxter Credit Union<br>c/o CEO/President<br>340 N Milwaukee Ave<br>Vernon Hills, IL 60061-1533 | Cleveland State Bank<br>c/o CEO/President<br>110 Commerce Ave.<br>Cleveland, MS 38732 |
| LiftFund, Inc.<br>c/o Capitol Corporate Services, Inc.<br>248 E Capitol St., Ste 840<br>Jackson, MS 39201 | Snap-On Credit, LLC<br>c/o C. T. Corporation System<br>645 Lakeland East Drive, Ste 101<br>Flowood, MS 39232 |
| Tower Loan of Mississippi, LLC<br>c/o Tucker, John E<br>P O Box 320001<br>Flowood, MS 39232 | |

I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by US Mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

Date: June 2, 2025         /s/ Thomas C. Rollins, Jr.
                                       *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

---

[1] If the creditor is an insured depository institution, service has been made by certified mail.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-11685-SDM |
|---|---|
| PHILLIP BRET CAMPBELL | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 6/2/2025, I did cause a copy of the following documents, described below,

Notice and Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/2/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>PHILLIP BRET CAMPBELL | CASE NO: 25-11685-SDM<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 6/2/2025, a copy of the following documents, described below,

Notice and Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/2/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DM/OFF ADV were not served via First Class USPS Mail Service.

```
CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING          AMUR                                       ALLY FINANCIAL INC
05371                                     PO BOX 911685                              ATTN BANKRUPTCY
CASE 25-11685-SDM                         DENVER CO 80291-1685                       PO BOX 380901
NORTHERN DISTRICT OF MISSISSIPPI                                                     BLOOMINGTON IL 55438-0901
ABERDEEN
MON JUN 2 14-11-09 CDT 2025


                                                                                     EXCLUDE
AMERICAN EXPRESS                          (P)BAXTER CREDIT UNION                     LOCKE D BARKLEY
PO BOX 981537                             COLLECTION DEPARTMENT                      6360 I55 NORTH
EL PASO TX 79998-1537                     PO BOX 8133                                SUITE 140
                                          VERNON HILLS IL 60061-8133                 JACKSON MS 39211-2038




BEST EGG                                  CFG MERCHANT SOLUTIONS                     CFNA
ATTN BANKRUPCTY                           180 MAIDEN LANE                            ATTN BANKRUPTCY
PO BOX 42912                              FLOOR 15                                   PO BOX 81315
PHILADELPHIA PA 19101-2912                NEW YORK NY 10038-5150                     CLEVELAND OH 44181-0315




DEBTOR
PHILLIP BRET CAMPBELL                     CAPITAL ONE                                CAPITAL ONE
1214 WAVERLY AVE                          ATTN BANKRUPTCY                            PO BOX 31293
CLEVELAND MS 38732-4139                   PO BOX 30285                               SALT LAKE CITY UT 84131-0293
                                          SALT LAKE CITY UT 84130-0285




CLEVELAND STATE BANK                      CLEVELAND STATE BANK                       CREDITORS RELIEF
110 COMMERCE AVE                          PO BOX 1000                                333 SYLVAN AVE
CLEVELAND MS 38732-2736                   110 COMMERCE AVE                           SUITE 105
                                          CLEVELAND MS 38732-2736                    ENGLEWOOD CLIFFS NJ 07632-2705




DRBANKUPST                                (P)ECSI FEDERAL PERKINS LOAN SERVICER      GENESIS FS CARD
PO BOX 1503                               ATTN DEPARTMENT OF EDUCATION               ATTN BANKRUPTCY
SAN CARLOS CA 94070-7503                  1200 CHERRINGTON PARKWAY                   PO BOX 4477
                                          SUITE 200                                  BEAVERTON OR 97076-4401
                                          MOON TWP PA 15108-4354




GOLDMAN SACHS BANK USA                    INTERNAL REVENUE SERVI                     INTERNAL REVENUE SERVI
ATTN BANKRUPTCY                           CENTRALIZED INSOLVENCY                     CO US ATTORNEY
PO BOX 70379                              PO BOX 7346                                501 EAST COURT ST
PHILADELPHIA PA 19176-0379                PHILADELPHIA PA 19101-7346                 STE 4430
                                                                                     JACKSON MS 39201-5025




LIFT FUND                                 MALLORY CAMPBELL                           MARINER FINANCE
2014 S HACKBERRY                          1214 WAVERLY AVE                           ATTN BANKRUPTCY
SAN ANTONIO TX 78210-3541                 CLEVELAND MS 38732-4139                    8211 TOWN CENTER DR
                                                                                     NOTTINGHAM MD 21236-5904




MISSISSIPPI DEPARTMENT OF REVENUE         NAVIENT                                    NETCREDIT
BANKRUPTCY SECTION                        ATTN BANKRUPTCY                            ATTN BANKRUPTCY DEPT
POST OFFICE BOX 22808                     PO BOX 9635                                175 W JACKSON BLVD
JACKSON MS 39225-2808                     WILKES BARRE PA 18773-9635                 STE 1000
                                                                                     CHICAGO IL 60604-2863
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled "CM/ECF SERVICE" sent via First Class USPS Mail Service.

NORTH MILL EQIPMENT FI
PO BOX 77840
SPRINGFIELD OH 45501-7840

ONEMAIN FINANCIAL
ATTN BANKRUPTCY
PO BOX 142
EVANSVILLE IN 47701-0142

PLANET HOME LENDING
321 RESEARCH PARKWAY
SUITE 303
MERIDEN CT 06450-8342

EXCLUDE
~~THOMAS C ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

SNAPON CREDIT
ATTN BANKRUPTCY
2801 80TH STREET
KENOSHA WI 53143-5656

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965064
ORLANDO FL 32896-5064

TOPMARK FUNDING LLC
516 GIBSON DR
SUITE 160
ROSEVILLE CA 95678-5792

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

U S ATTORNEY
NORTHERN DISTRICT OF MISSISSIPPI
900 JEFFERSON AVENUE
OXFORD MS 38655-3608

EXCLUDE
~~U S TRUSTEE~~
~~501 EAST COURT STREET SUITE 6430~~
~~JACKSON MS 39201-5022~~

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

USAA FEDERAL
ATTN BANKRUPTCY
9800 FREDERICKSBURG ROAD
SAN ANTONIO TX 78288-0002

UNITED FIRST
299 NE 191ST STREET
MIAMI FL 33180

VOLVO FINANCIAL SERVIC
PO BOX 72470236
PHILADELPHIA PA 19170-0001