UNITED STATES BANKRUPTCY COURT
Northern District of Mississippi

**In Re: Phillip Bret Campbell**　　　　　　　　　　**Case No: 25-11685-SDM**
　　　　**Debtor**　　　　　　　　　　　　　　　　**Chapter:13**

## WITHDRAWAL PLEADING

Please withdraw docket filing #3 filed by Snap-on Credit LLC concerning the above reference bankruptcy. This was erroneously filed.

Dated: June 4, 2025

/s/ Diana Morales
Diana Morales – Paralegal Snap-on Credit LLC

Snap-on Credit LLC
950 Technology Way, Ste. 301
Libertyville, IL 60048
1-877-777-8455 ext. 2237