# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

IN RE:        PHILLIP BRET CAMPBELL                    CAUSE NO. **25-11685-SDM**

## ENTRY OF APPEARANCE

Please take notice that Arnold U. Luciano and the firm of Jacks Griffith Luciano, P.A., P.O. Box 1209, Cleveland, Mississippi 38732, represents the interests of the Cleveland State Bank as counsel relative to a certain claim in the above referenced matter.

The undersigned requests that the name shown below be placed on the mailing matrix and that all motions, notices and pleadings in this matter be served on counsel for the Cleveland State Bank:

> Arnold U. Luciano
> Jacks Griffith Luciano, P.A.
> P. O. Box 1209
> Cleveland, MS 38732
> aluciano@jlpalaw.com

Request is further made pursuant to the *Federal Rules of Bankruptcy Procedure* that all motions, notices and pleadings be mailed and/or noticed by electronic filing to said counsel, including, without limitation, all notices required by Rule 2002(a) of the *Federal Rules of Bankruptcy Procedure*.

THIS, the 19th day of June, 2025.

> Respectfully submitted,
>
> JACKS GRIFFITH LUCIANO, P.A.
>
> By:  /s/ *Arnold U. Luciano*
>         Arnold U. Luciano, MS Bar No. 99198
>         Attorneys for Cleveland State Bank

Of Counsel:

Jacks Griffith Luciano, P.A.
P.O. Box 1209
Cleveland, Mississippi 38732
Telephone: 662-843-6171
Facsimile: 662-843-6176
Email: aluciano@jlpalaw.com

**CERTIFICATE OF SERVICE**

    I, Arnold U. Luciano, counsel for Cleveland State Bank, do hereby certify that I have this day served by electronic filing and/or U. S. Mail, postage prepaid a true and correct copy of the above and foregoing Entry of Appearance to all counsel of record.

    This, the 19th day of June, 2025.

                                              */s/ Arnold U. Luciano*
                                              Arnold U. Luciano