# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re: PHILLIP BRET CAMPBELL                                    Case No.: 25-11685-SDM

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Locke D. Barkley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/28/2025.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was converted on 07/07/2025.
6) Number of months from filing or conversion to last payment: 0.
7) Number of months case was pending: 2.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 52,698.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $.00 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$.00** |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ALLY FINANCIAL | Secured | 57,088.00 | NA | NA | .00 | .00 |
| ALLY FINANCIAL | Secured | NA | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | Unsecured | NA | NA | NA | .00 | .00 |
| AMUR | Unsecured | NA | NA | NA | .00 | .00 |
| ATTORNEY GENERAL | Secured | NA | NA | NA | .00 | .00 |
| BAXTER CREDIT UNION | Secured | 65,271.00 | NA | NA | .00 | .00 |
| BAXTER CREDIT UNION | Secured | 35,430.00 | NA | NA | .00 | .00 |
| BAXTER CREDIT UNION | Unsecured | 23,468.00 | NA | NA | .00 | .00 |
| BOLIVAR COUNTY CHANCERY CLERK | Secured | NA | NA | NA | .00 | .00 |
| BOLIVAR COUNTY TAX COLLECTOR | Secured | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | 513.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA NA | Unsecured | 207.00 | 484.09 | 484.09 | .00 | .00 |
| CFG MERCHANT SOLUTIONS | Unsecured | NA | NA | NA | .00 | .00 |
| CFNA | Secured | NA | NA | NA | .00 | .00 |
| CLEVELAND STATE BANK | Secured | 18,294.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re: PHILLIP BRET CAMPBELL                                                Case No.: 25-11685-SDM

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| CLEVELAND STATE BANK | Unsecured | NA | NA | NA | .00 | .00 |
| CREDIT FIRST NA | Unsecured | 2,172.00 | 3,052.15 | 3,052.15 | .00 | .00 |
| CREDITORS RELIEF | Unsecured | NA | NA | NA | .00 | .00 |
| GOLDMAN SACHS BANK / APPLE CARD | Unsecured | 638.00 | NA | NA | .00 | .00 |
| HON BETHANY A TARPLEY | Secured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 35,700.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 2,900.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 2,410.39 | 2,410.39 | .00 | .00 |
| LIFT FUND | Secured | 19,000.00 | NA | NA | .00 | .00 |
| MALLORY CAMPBELL | Secured | NA | NA | NA | .00 | .00 |
| MARINER FINANCE LLC | Unsecured | 9,619.00 | NA | NA | .00 | .00 |
| NAVIENT | Unsecured | 14,860.00 | NA | NA | .00 | .00 |
| NETCREDIT | Unsecured | 4,467.00 | 5,588.17 | 5,588.17 | .00 | .00 |
| NORTH MILL EQUIPMENT | Unsecured | NA | NA | NA | .00 | .00 |
| ONEMAIN FINANCIAL | Secured | NA | NA | NA | .00 | .00 |
| ONEMAIN FINANCIAL | Unsecured | 12,831.00 | 12,113.41 | 12,113.41 | .00 | .00 |
| PLANET HOME LENDING LLC | Secured | 235,714.00 | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 495.00 | 1,044.29 | 1,044.29 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | .01 | 825.93 | 825.93 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 6.00 | 414.24 | 414.24 | .00 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 6,217.00 | 6,137.28 | 6,137.28 | .00 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | .01 | 4,432.00 | 4,432.00 | .00 | .00 |
| SNAP ON | Secured | NA | NA | NA | .00 | .00 |
| SNAP ON CREDIT | Secured | 9,347.00 | 10,120.09 | 10,120.09 | .00 | .00 |
| SNAP ON CREDIT | Unsecured | NA | .00 | .00 | .00 | .00 |
| SYNCHRONY BANK | Unsecured | 1,253.00 | NA | NA | .00 | .00 |
| SYNCHRONY BANK | Unsecured | 525.00 | NA | NA | .00 | .00 |
| TOPMARK FUNDING LLC | Unsecured | NA | NA | NA | .00 | .00 |
| TOWER LOAN COLLECTIONS DEPARTM | Secured | 3,796.00 | NA | NA | .00 | .00 |
| UNITED FIRST | Unsecured | NA | NA | NA | .00 | .00 |
| UPSTART NETWORK | Unsecured | 1,606.00 | 1,511.81 | 1,511.81 | .00 | .00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 1,215.00 | 1,236.53 | 1,236.53 | .00 | .00 |
| USAA FEDERAL SAVINGS BANK | Unsecured | .01 | 511.36 | 511.36 | .00 | .00 |
| USAA SAVINGS BANK | Unsecured | 13,232.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re: PHILLIP BRET CAMPBELL                                                Case No.: 25-11685-SDM

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VOLVO FINANCIAL SERVICES | Unsecured | NA | NA | NA | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 10,120.09 | .00 | .00 |
| **TOTAL SECURED:** | 10,120.09 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 39,761.65 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $.00 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $.00 |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 07/08/2025                                    By: /s/Locke D. Barkley
                                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.