CM/ECF ocnv7f13
(Rev. 12/19/16)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Phillip Bret Campbell          )     Case No.: 25−11685−SDM
       Debtor(s)                    )     Chapter: 7
                                                      )     Judge: Selene D. Maddox
                                                      )
                                                      )

## ORDER CONVERTING A CHAPTER 13 CASE TO A CHAPTER 7 CASE

     IT IS ORDERED that the above captioned bankruptcy case is hereby converted from 11 U.S.C. Chapter 13 to 11 U.S.C. Chapter 7. A master address list (in matrix form) containing the name and address of each unpaid post−petition creditor, together with a separate schedule of unpaid debts incurred post−petition, shall be filed by the debtor(s) within 14 days following the entry of this order; and the debtor(s) shall furnish copies to the Chapter 7 Trustee and the U.S. Trustee. Within the time limits prescribed thereunder, the debtor(s) shall file all statements and schedules required by Fed. R. Bankr. P. 1007 and 1019, if not already filed, and shall furnish copies to the Chapter 7 Trustee and the U.S. Trustee. The Chapter 13 Trustee forthwith shall turn over to the Chapter 7 Trustee all records and property of the estate in the possession or control of the Chapter 13 Trustee, and the Chapter 13 Trustee shall furnish the U.S. Trustee and file with the Clerk of this Court a final report and account within 30 days following the entry of this order.

Dated and Entered: 7/7/25

                                                 Selene D. Maddox
                                                 Judge, U.S. Bankruptcy Court

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-11685-SDM |
| Phillip Bret Campbell | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 4 |
| Date Rcvd: Jul 07, 2025 | Form ID: ocnv7f13 | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phillip Bret Campbell, 1214 Waverly Ave, Cleveland, MS 38732-4139 |
| tr | + | Locke D. Barkley, 6360 I-55 North, Suite 140, Jackson, MS 39211-2038 |
| cr | | Cleveland State Bank, P.O. Box 1000, Cleveland, MS 38732-1000 |
| 4552932 | + | Cleveland State Bank, PO Box 1000, 110 Commerce Ave, Cleveland, MS 38732-2736 |
| 4560553 | + | Cleveland State Bank, c/o Arnulfo U. Luciano, Jacks Griffith Luciano, P.A., P.O. Box 1209, Cleveland, MS 38732-1209 |
| 4552931 | + | Cleveland State Bank, 110 Commerce Ave, Cleveland, MS 38732-2736 |
| 4552933 | + | Creditors Relief, 333 Sylvan Ave, Suite 105, Englewood Cliffs, NJ 07632-2705 |
| 4552934 | + | Drbank/upst, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 4552935 | ++ | ECSI FEDERAL PERKINS LOAN SERVICER, ATTN DEPARTMENT OF EDUCATION, 1200 CHERRINGTON PARKWAY, SUITE 200, MOON TWP PA 15108-4354 address filed with court:, ECSI, Attn Bankruptcy, 1200 Cherrington Pkwy, Ste 200, Coraopolis, PA 15108 |
| 4552940 | + | Lift Fund, 2014 S Hackberry, San Antonio, TX 78210-3541 |
| 4552941 | + | Mallory Campbell, 1214 Waverly Ave, Cleveland, MS 38732-4139 |
| 4552945 | + | North Mill Eqipment Fi, PO Box 77840, Springfield, OH 45501-7840 |
| 4552951 | + | TopMark Funding, LLC, 516 Gibson Dr.,, Suite 160, Roseville, CA 95678-5792 |
| 4552953 | | United First, 299 NE 191st Street, Miami, FL 33180 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 08 2025 02:21:15 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4552923 | | Email/Text: bankruptcy@amuref.com | Jul 08 2025 02:17:00 | AMUR, PO Box 911685, Denver, CO 80291-1685 |
| 4561068 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2025 02:21:12 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4562711 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 08 2025 02:21:12 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4552921 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 08 2025 02:17:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 4552922 | + | Email/PDF: bncnotices@becket-lee.com | Jul 08 2025 02:21:12 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 4552924 | | Email/Text: bankruptcies.notifications@bcu.org | Jul 08 2025 02:17:00 | BCU, Attn: Bankruptcy, 340 N Milwaukee Ave, Vernon Hills, IL 60061 |
| 4552926 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 08 2025 02:21:12 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 4552929 | + | Email/Text: jpaige@cfgms.com | Jul 08 2025 02:17:00 | CFG Merchant Solutions, 180 Maiden Lane, Floor 15, New York, NY 10038-5150 |

| Record | | Channel | Time | Recipient |
|---|---|---|---|---|
| 4552930 | + | Email/Text: BKPT@cfna.com | Jul 08 2025 02:17:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 4556964 | | Email/Text: BKPT@cfna.com | Jul 08 2025 02:17:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 4552927 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 08 2025 02:21:18 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4552928 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 08 2025 02:21:18 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 4563255 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 08 2025 02:21:12 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 4552936 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 08 2025 02:17:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 4552937 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 08 2025 02:17:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 4552939 | + | Email/Text: ebone.woods@usdoj.gov | Jul 08 2025 02:17:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4552938 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 08 2025 02:17:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4552942 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 08 2025 02:17:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 4553005 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jul 08 2025 02:17:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson MS 39225-2808 |
| 4552943 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 08 2025 02:21:15 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 4555966 | + | Email/Text: netcreditbnc@enova.com | Jul 08 2025 02:17:00 | NetCredit, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 4552944 | + | Email/Text: netcreditbnc@enova.com | Jul 08 2025 02:17:00 | Netcredit, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 4552946 | + | Email/PDF: cbp@omf.com | Jul 08 2025 02:21:17 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 4561146 | + | Email/PDF: cbp@omf.com | Jul 08 2025 02:21:15 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 4552947 | + | Email/Text: BKMAIL@planethomelending.com | Jul 08 2025 02:17:00 | Planet Home Lending, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 4558780 | | Email/Text: bnc-quantum@quantum3group.com | Jul 08 2025 02:17:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 4558942 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2025 02:21:12 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4555588 | | Email/Text: legalservices12@snaponcredit.com | Jul 08 2025 02:17:00 | Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 4552948 | ^ | MEBN | Jul 08 2025 02:12:59 | Snap-on Credit, Attn: Bankruptcy, 2801 80th Street, Kenosha, WI 53143-5656 |
| 4552949 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 08 2025 02:21:17 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4552950 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 08 2025 02:21:15 | Synchrony Bank, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 4552952 | | Email/Text: bankruptcy@towerloan.com | Jul 08 2025 02:17:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |

| District/off: 0537-1 | User: autodocke | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 07, 2025 | Form ID: ocnv7f13 | Total Noticed: 54 |

| 4553006 | + | Email/Text: USAMSN.Bankruptcy@usdoj.gov | | |
| | | | Jul 08 2025 02:17:00 | U. S. Attorney, Northern District of Mississippi, 900 Jefferson Avenue, Oxford MS 38655-3608 |
| 4552954 | ^ | MEBN | | |
| | | | Jul 08 2025 02:12:33 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4558191 | | Email/Text: EDBKNotices@ecmc.org | | |
| | | | Jul 08 2025 02:17:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 4552955 | + | Email/Text: bkelectronicnotices@usaa.com | | |
| | | | Jul 08 2025 02:17:00 | USAA Federal, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |
| 4555460 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jul 08 2025 02:17:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 4555184 | | ^ MEBN | | |
| | | | Jul 08 2025 02:12:37 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 4552956 | + | Email/Text: vfs.bnc.us@volvo.com | | |
| | | | Jul 08 2025 02:17:00 | Volvo Financial Servic, PO Box 7247-0236, Philadelphia, PA 19170-0001 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | SNAP ON CREDIT, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339, address filed with court:, Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 4552925 | *P++ | BAXTER CREDIT UNION, COLLECTION DEPARTMENT, PO BOX 8133, VERNON HILLS IL 60061-8133, address filed with court:, BCU, Attn: Bankruptcy, 340 N. Milwaukee Avenue, Vernon Hills, IL 60061 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arnulfo U. Luciano | on behalf of Creditor Cleveland State Bank aluciano@jlpalaw.com mhankins@jlpalaw.com |
| Jeffrey A. Levingston | jleving@bellsouth.net MS01@ECFCBIS.com |
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com trusteeMSNB73@ecf.epiqsystems.com |

District/off: 0537-1                   User: autodocke                                    Page 4 of 4
Date Rcvd: Jul 07, 2025                Form ID: ocnv7f13                                  Total Noticed: 54

Thomas C. Rollins, Jr.
          on behalf of Debtor Phillip Bret Campbell trollins@therollinsfirm.com
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee
          USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 5