**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:  Phillip Bret Campbell, Debtor          CASE NO. 25-11685-SDM
                                                                             CHAPTER 13

TO:     TRUSTEE:    Locke Barkley
          U. S. TRUSTEE: USTPRegion05.JA.ECF@usdoj.gov

          **ALL CREDITORS**
          A copy of the Court's mailing matrix is attached

**NOTICE OF AMENDMENT TO**
**SCHEDULE C - PROPERTY CLAIMED AS EXEMPT**

      **YOU ARE HEREBY NOTIFIED** the above named debtor(s) has filed with the Bankruptcy Court an Amended Schedule C - Property Claimed as Exempt (see copy of Amended Schedule C attached).

      **YOU ARE FURTHER NOTIFIED** that any objection or other response to the list of property claimed as exempt must be filed with the Clerk of the Court for the United States Bankruptcy Court; a copy thereof served to the United States Trustee, Case Trustee, and Counsel for the Debtor(s), within 30 days after the conclusion of the meeting of creditors or within 30 days after the filing of this notice of amendment, whichever is later.

Date: July 10, 2025                                  /s/ Thomas C. Rollins, Jr.
                                                                    *Thomas C. Rollins, Jr., Attorney for Debtor*

**CERTIFICATE OF SERVICE**

      On July 10, 2025, a copy of this notice and amended schedule was served on each of the persons listed on the above list either by United States Mail or via electronic service through the Court's CM/ECF system at the mailing addresses and/or email addresses indicated.

                                                         /s/ Thomas C. Rollins, Jr.
                                                         *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Phillip** | **Bret** | **Campbell** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF MISSISSIPPI | | | |
| Case number | 25-11685 | | | |
| (if known) | | | | |

■ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt    4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1214 Waverly Ave Cleveland, MS 38732  Bolivar County**<br>Line from *Schedule A/B*: **1.1** | $265,000.00 | ■ $29,286.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-21** |
| **2023 Ford F150 28000 miles**<br>Line from *Schedule A/B*: **3.2** | $61,000.00 | ■ $3,912.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **Housegoods**<br>Line from *Schedule A/B*: **6.1** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **TVs, Phones, Gaming System, Computer - no individual item worth more than $200.00**<br>Line from *Schedule A/B*: **7.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **EIC**<br>Line from *Schedule A/B*: **28.1** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(i)** |

| Debtor 1 | **Phillip Bret Campbell** | | Case number (if known) | **25-11685** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **State Tax Refund**<br>Line from *Schedule A/B*: **28.2** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(k)** |
| **Federal Tax Refund**<br>Line from *Schedule A/B*: **28.3** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(j)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>PHILLIP BRET CAMPBELL | CASE NO: 25-11685-SDM<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/10/2025, I did cause a copy of the following documents, described below,

Notice of Amendment to Schedule C

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/10/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>PHILLIP BRET CAMPBELL | CASE NO: 25-11685-SDM<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 7/10/2025, a copy of the following documents, described below,

Notice of Amendment to Schedule C

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/10/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING        AMUR                                    AFFIRM INC
 05371                                  PO BOX 911685                           RESURGENT CAPITAL SERVICES
 CASE 25-11685-SDM                      DENVER CO 80291-1685                    PO BOX 10587
 NORTHERN DISTRICT OF MISSISSIPPI                                               GREENVILLE SC 29603-0587
 ABERDEEN
 THU JUL 10 13-51-28 CDT 2025


 ALLY CAPITAL                           ALLY CAPITAL CO AIS PORTFOLIO SERVICES  ALLY FINANCIAL INC
 AIS PORTFOLIO SERVICES LLC             LLC                                     ATTN BANKRUPTCY
 4515 N SANTA FE AVE DEPT APS           4515 N SANTA FE AVE DEPT APS            PO BOX 380901
 OKLAHOMA CITY OK 73118-7901            OKLAHOMA CITY OK 73118-7901             BLOOMINGTON IL 55438-0901


 AMERICAN EXPRESS                       (P)BAXTER CREDIT UNION                  BEST EGG
 PO BOX 981537                          COLLECTION DEPARTMENT                   ATTN BANKRUPCTY
 EL PASO TX 79998-1537                  PO BOX 8133                             PO BOX 42912
                                        VERNON HILLS IL 60061-8133              PHILADELPHIA PA 19101-2912


 CFG MERCHANT SOLUTIONS                 CFNA                                    CREDIT FIRST NA
 180 MAIDEN LANE                        ATTN BANKRUPTCY                         PO BOX 818011
 FLOOR 15                               PO BOX 81315                            CLEVELAND OH 44181-8011
 NEW YORK NY 10038-5150                 CLEVELAND OH 44181-0315


 DEBTOR
 PHILLIP BRET CAMPBELL                  CAPITAL ONE                             CAPITAL ONE
 1214 WAVERLY AVE                       ATTN BANKRUPTCY                         PO BOX 31293
 CLEVELAND MS 38732-4139                PO BOX 30285                            SALT LAKE CITY UT 84131-0293
                                        SALT LAKE CITY UT 84130-0285


 CAPITAL ONE NA                         CLEVELAND STATE BANK                    CLEVELAND STATE BANK
 BY AIS INFOSOURCE LP AS AGENT          PO BOX 1000                             110 COMMERCE AVE
 PO BOX 71083                           CLEVELAND MS 38732-1000                 CLEVELAND MS 38732-2736
 CHARLOTTE NC 28272-1083


 CLEVELAND STATE BANK                   CLEVELAND STATE BANK                    CREDITORS RELIEF
 PO BOX 1000                            CO ARNULFO U LUCIANO                    333 SYLVAN AVE
 110 COMMERCE AVE                       JACKS GRIFFITH LUCIANO PA               SUITE 105
 CLEVELAND MS 38732-2736                PO BOX 1209                             ENGLEWOOD CLIFFS NJ 07632-2705
                                        CLEVELAND MS 38732-1209


 DRBANKUPST                             (P)ECSI FEDERAL PERKINS LOAN SERVICER   GENESIS FS CARD
 PO BOX 1503                            ATTN DEPARTMENT OF EDUCATION            ATTN BANKRUPTCY
 SAN CARLOS CA 94070-7503               1200 CHERRINGTON PARKWAY                PO BOX 4477
                                        SUITE 200                               BEAVERTON OR 97076-4401
                                        MOON TWP PA 15108-4354


 GOLDMAN SACHS BANK USA                 INTERNAL REVENUE SERVI                  INTERNAL REVENUE SERVI
 ATTN BANKRUPTCY                        CENTRALIZED INSOLVENCY                  CO US ATTORNEY
 PO BOX 70379                           PO BOX 7346                             501 EAST COURT ST
 PHILADELPHIA PA 19176-0379             PHILADELPHIA PA 19101-7346              STE 4430
                                                                                JACKSON MS 39201-5025
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF NOTICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| JEFFREY A LEVINGSTON<br>PO BOX 1327<br>CLEVELAND MS 38732-1327 | LIFT FUND<br>2014 S HACKBERRY<br>SAN ANTONIO TX 78210-3541 | ARNULFO U LUCIANO<br>JACKS GRIFFITH LUCIANO PA<br>PO BOX 1209<br>CLEVELAND MS 38732-1209 |
| MALLORY CAMPBELL<br>1214 WAVERLY AVE<br>CLEVELAND MS 38732-4139 | MARINER FINANCE<br>ATTN BANKRUPTCY<br>8211 TOWN CENTER DR<br>NOTTINGHAM MD 21236-5904 | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 22808<br>JACKSON MS 39225-2808 |
| NAVIENT<br>ATTN BANKRUPTCY<br>PO BOX 9635<br>WILKES BARRE PA 18773-9635 | NETCREDIT<br>175 W JACKSON BLVD<br>SUITE 600<br>CHICAGO IL 60604-2948 | NETCREDIT<br>ATTN BANKRUPTCY DEPT<br>175 W JACKSON BLVD<br>STE 1000<br>CHICAGO IL 60604-2863 |
| NORTH MILL EQIPMENT FI<br>PO BOX 77840<br>SPRINGFIELD OH 45501-7840 | ONEMAIN FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 142<br>EVANSVILLE IN 47701-0142 | ONEMAIN FINANCIAL GROUP LLC<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 |
| PLANET HOME LENDING<br>321 RESEARCH PARKWAY<br>SUITE 303<br>MERIDEN CT 06450-8342 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CONCORA CREDIT INC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | RESURGENT CAPITAL SERVICES AS SERVICIN<br>AGEN<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| ~~EXCLUDE~~<br>~~THOMAS C ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ | SNAPON CREDIT<br>ATTN BANKRUPTCY<br>2801 80TH STREET<br>KENOSHA WI 53143-5656 | (P)SNAP ON CREDIT<br>950 TECHNOLOGY WAY<br>SUITE 301<br>LIBERTYVILLE IL 60048-5339 |
| SYNCHRONY BANK<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANK<br>ATTN BANKRUPTCY<br>PO BOX 965064<br>ORLANDO FL 32896-5064 | TOPMARK FUNDING LLC<br>516 GIBSON DR<br>SUITE 160<br>ROSEVILLE CA 95678-5792 |
| (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | U S ATTORNEY<br>NORTHERN DISTRICT OF MISSISSIPPI<br>900 JEFFERSON AVENUE<br>OXFORD MS 38655-3608 | ~~EXCLUDE~~<br>~~U S TRUSTEE~~<br>~~501 EAST COURT STREET SUITE 6430~~<br>~~JACKSON MS 39201-5022~~ |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 | US DEPARTMENT OF EDUCATION<br>PO BOX 16448<br>ST PAUL MN 55116-0448 | USAA FEDERAL<br>ATTN BANKRUPTCY<br>9800 FREDERICKSBURG ROAD<br>SAN ANTONIO TX 78288-0002 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
USAA FEDERAL SAVINGS BANK              UNITED FIRST                 UPSTART NETWORK INC
ROBERTSON ANSCHUTZ SCHNEID             299 NE 191ST STREET          PO BOX 1931
CRANE  PARTNERS PLLC                   MIAMI FL 33180               BURLINGAME CA 94011-1931
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853


VOLVO FINANCIAL SERVIC
PO BOX 72470236
PHILADELPHIA PA 19170-0001
```