| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Phillip Bret Campbell<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–7321 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Northern District of Mississippi | Date case filed in chapter: | 13   5/28/25 |
| Case number: | 25-11685-SDM | Date case converted to chapter: | 7   7/7/25 |

Official Form 309B (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set         10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Phillip Bret Campbell | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1214 Waverly Ave<br>Cleveland, MS 38732 | |
| 4. | **Debtor's attorney**<br>Name and address | Thomas C. Rollins Jr.<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236 | Contact phone 601-500-5533 |
| 5. | **Bankruptcy trustee**<br>Name and address | Jeffrey A. Levingston<br>P.O. Box 1327<br>Cleveland, MS 38732 | Contact phone 662-843-2791 |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**         page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Cochran U.S. Bankruptcy Courthouse<br>703 Highway 145 North<br>Aberdeen, MS 39730 | Hours open:<br>8:00 a.m. – 5:00 p.m., Monday through Friday<br><br>Contact phone 662–369–2596<br><br>Date: 7/23/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 29, 2025 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting, Go to Zoom.us/join, Enter Meeting ID 716 630 6326, and Passcode 0927170336, OR call (662) 367–4366**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| **8.    Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/28/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/15/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/5/26** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-11685-SDM |
| Phillip Bret Campbell | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 4 |
| Date Rcvd: Jul 23, 2025 | Form ID: 309B | Total Noticed: 56 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phillip Bret Campbell, 1214 Waverly Ave, Cleveland, MS 38732-4139 |
| 4552932 | + | Cleveland State Bank, PO Box 1000, 110 Commerce Ave, Cleveland, MS 38732-2736 |
| 4560553 | + | Cleveland State Bank, c/o Arnulfo U. Luciano, Jacks Griffith Luciano, P.A., P.O. Box 1209, Cleveland, MS 38732-1209 |
| 4552931 | + | Cleveland State Bank, 110 Commerce Ave, Cleveland, MS 38732-2736 |
| 4552933 | + | Creditors Relief, 333 Sylvan Ave, Suite 105, Englewood Cliffs, NJ 07632-2705 |
| 4552934 | + | Drbank/upst, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 4552935 | ++ | ECSI FEDERAL PERKINS LOAN SERVICER, ATTN DEPARTMENT OF EDUCATION, 1200 CHERRINGTON PARKWAY, SUITE 200, MOON TWP PA 15108-4354 address filed with court:, ECSI, Attn Bankruptcy, 1200 Cherrington Pkwy, Ste 200, Coraopolis, PA 15108 |
| 4552940 | + | Lift Fund, 2014 S Hackberry, San Antonio, TX 78210-3541 |
| 4552941 | + | Mallory Campbell, 1214 Waverly Ave, Cleveland, MS 38732-4139 |
| 4552945 | + | North Mill Eqipment Fi, PO Box 77840, Springfield, OH 45501-7840 |
| 4552951 | + | TopMark Funding, LLC, 516 Gibson Dr.,, Suite 160, Roseville, CA 95678-5792 |
| 4552953 | | United First, 299 NE 191st Street, Miami, FL 33180 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Jul 23 2025 23:50:00 | Thomas C. Rollins, Jr., The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | ^ | MEBN | Jul 23 2025 23:30:21 | Jeffrey A. Levingston, P.O. Box 1327, Cleveland, MS 38732-1327 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Jul 23 2025 23:50:00 | U. S. Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 4552923 | | Email/Text: bankruptcy@amuref.com | Jul 23 2025 23:51:00 | AMUR, PO Box 911685, Denver, CO 80291-1685 |
| 4561068 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2025 00:04:37 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4562711 | + | EDI: AISACG.COM | Jul 24 2025 03:29:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4552921 | + | EDI: GMACFS.COM | Jul 24 2025 03:29:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 4552922 | + | Email/PDF: bncnotices@becket-lee.com | Jul 24 2025 00:25:21 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 4552924 | | Email/Text: bankruptcies.notifications@bcu.org | Jul 23 2025 23:50:00 | BCU, Attn: Bankruptcy, 340 N Milwaukee Ave, Vernon Hills, IL 60061 |
| 4552926 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 24 2025 00:04:20 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |

Case 25-11685-SDM    Doc 29    Filed 07/25/25    Entered 07/25/25 23:32:56    Desc Imaged
                        Certificate of Notice    Page 4 of 6

| District/off: 0537-1 | User: autodocke | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Jul 23, 2025 | Form ID: 309B | Total Noticed: 56 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 4552929 | + | Email/Text: jpaige@cfgms.com | Jul 23 2025 23:50:00 | CFG Merchant Solutions, 180 Maiden Lane, Floor 15, New York, NY 10038-5150 |
| 4552930 | + | EDI: CRFRSTNA.COM | Jul 24 2025 03:29:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 4556964 | | EDI: CRFRSTNA.COM | Jul 24 2025 03:29:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 4552927 | + | EDI: CAPITALONE.COM | Jul 24 2025 03:29:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4552928 | + | EDI: CAPITALONE.COM | Jul 24 2025 03:29:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 4563255 | | EDI: CAPITALONE.COM | Jul 24 2025 03:29:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 4552936 | + | EDI: PHINGENESIS | Jul 24 2025 03:29:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 4552937 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 23 2025 23:50:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 4568762 | + | Email/Text: bankruptcy@towerloan.com | Jul 23 2025 23:50:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4552939 | + | Email/Text: ebone.woods@usdoj.gov | Jul 23 2025 23:50:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4552938 | | EDI: IRS.COM | Jul 24 2025 03:29:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4571294 | | EDI: JEFFERSONCAP.COM | Jul 24 2025 03:29:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 4552942 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 23 2025 23:50:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 4553005 | | EDI: MSDOR | Jul 24 2025 03:29:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson MS 39225-2808 |
| 4552943 | + | EDI: MAXMSAIDV | Jul 24 2025 03:29:00 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 4555966 | + | Email/Text: netcreditbnc@enova.com | Jul 23 2025 23:51:51 | NetCredit, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 4552944 | + | Email/Text: netcreditbnc@enova.com | Jul 23 2025 23:51:51 | Netcredit, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 4552946 | + | EDI: AGFINANCE.COM | Jul 24 2025 03:29:00 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 4561146 | + | EDI: AGFINANCE.COM | Jul 24 2025 03:29:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 4552947 | + | Email/Text: BKMAIL@planethomelending.com | Jul 23 2025 23:50:00 | Planet Home Lending, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 4558780 | | EDI: Q3G.COM | Jul 24 2025 03:29:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 4558942 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2025 00:24:02 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4555588 | | Email/Text: legalservices12@snaponcredit.com | Jul 23 2025 23:50:00 | Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 4552948 | | ^ MEBN | Jul 23 2025 23:30:17 | Snap-on Credit, Attn: Bankruptcy, 2801 80th Street, Kenosha, WI 53143-5656 |

| District/off: 0537-1 | User: autodocke | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 23, 2025 | Form ID: 309B | Total Noticed: 56 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 4552949 | + | EDI: SYNC | Jul 24 2025 03:29:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4552950 | + | EDI: SYNC | Jul 24 2025 03:29:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 4552952 | | Email/Text: bankruptcy@towerloan.com | Jul 23 2025 23:50:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 4553006 | + | Email/Text: USAMSN.Bankruptcy@usdoj.gov | Jul 23 2025 23:50:00 | U. S. Attorney, Northern District of Mississippi, 900 Jefferson Avenue, Oxford MS 38655-3608 |
| 4552954 | ^ | MEBN | Jul 23 2025 23:29:53 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4558191 | | Email/Text: EDBKNotices@ecmc.org | Jul 23 2025 23:50:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 4552955 | + | EDI: USAA.COM | Jul 24 2025 03:29:00 | USAA Federal, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |
| 4555460 | + | Email/Text: RASEBN@raslg.com | Jul 23 2025 23:50:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 4555184 | ^ | MEBN | Jul 23 2025 23:30:03 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 4552956 | + | Email/Text: vfs.bnc.us@volvo.com | Jul 23 2025 23:50:00 | Volvo Financial Servic, PO Box 7247-0236, Philadelphia, PA 19170-0001 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4552925 | *P++ | BAXTER CREDIT UNION, COLLECTION DEPARTMENT, PO BOX 8133, VERNON HILLS IL 60061-8133, address filed with court:, BCU, Attn: Bankruptcy, 340 N. Milwaukee Avenue, Vernon Hills, IL 60061 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 25, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arnulfo U. Luciano | on behalf of Creditor Cleveland State Bank aluciano@jlpalaw.com  mhankins@jlpalaw.com |

| District/off: 0537-1 | User: autodocke | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 23, 2025 | Form ID: 309B | Total Noticed: 56 |

Jeffrey A. Levingston

    jleving@bellsouth.net MS01@ECFCBIS.com

Thomas C. Rollins, Jr.

    on behalf of Debtor Phillip Bret Campbell trollins@therollinsfirm.com
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee

    USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 4