# United States Bankruptcy Court
### Northern District of Mississippi

In re  **Phillip Bret Campbell**                                    Case No.  **25-11685**
                                   Debtor(s)                        Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **July 25, 2025**                    **/s/ Phillip Bret Campbell**
                                            **Phillip Bret Campbell**
                                            Signature of Debtor

Affirm, Inc.\*\*\*
Attn: Bankruptcy
650 California St
Fl 12
San Francisco, CA 94108

Ally Financial, Inc
Attn: Bankruptcy
Po Box 380901
Bloomington, IL 55438

American Express
P.O. Box 981537
El Paso, TX 79998

AMUR
PO Box 911685
Denver, CO 80291-1685

BCU
Attn: Bankruptcy
340 N Milwaukee Ave
Vernon Hills, IL 60061

BCU
Attn: Bankruptcy
340 N. Milwaukee Avenue
Vernon Hills, IL 60061

Best Egg
Attn: Bankrupcty
Po Box 42912
Philadelphia, PA 19101

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Po Box 31293
Salt Lake City, UT 84131

CFG Merchant Solutions
180 Maiden Lane
Floor 15
New York, NY 10038

CFNA
Attn: Bankruptcy
Po Box 81315
Cleveland, OH 44181

Chase
PO Box 15548
Wilmington, DE 19886

Cleveland State Bank
110 Commerce Ave
Cleveland, MS 38732

Cleveland State Bank
PO Box 1000
110  Commerce Ave
Cleveland, MS 38732

Cleveland State Bank***
PO Box 1000
110  Commerce Ave
Cleveland, MS 38732

Conner Johnson***
458 Smith Rd
Cleveland, MS 38732

Creditors Relief
333 Sylvan Ave
Suite 105
Englewood Cliffs, NJ 07632

Darrian Burnett***
407 N Broadway St
Drew, MS 38737

Drbank/upst
P.o. Box 1503
San Carlos, CA 94070

```
ECSI
Attn Bankruptcy
1200 Cherrington Pkwy
Ste 200
Coraopolis, PA 15108


Eric Hull***
113 Dean St
Cleveland, MS 38732


Fioranelli Fabrication***
3845 US 61
Cleveland, MS 38732


General Truck***
1973 East Brooks Road
PO Box 161202
Memphis, TN 38186


Genesis FS Card
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076


Genesis FS Card***
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076


Goldman Sachs Bank USA
Attn: Bankruptcy
Po Box 70379
Philadelphia, PA 19176


Internal Revenue Servi
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Servi
c/o US Attorney
501 East Court St
Ste 4.430
Jackson, MS 39201
```

```
Jertavian Mccain
202 S Oak
Ruleville, MS 38771


Lift Fund
2014 S Hackberry
San Antonio, TX 78210


Love's***
2202 W Hefner Rd
Oklahoma City, OK 73120


Mallory Campbell
1214 Waverly Ave
Cleveland, MS 38732


Mariner Finance
Attn: Bankruptcy
8211 Town Center Dr
Nottingham, MD 21236


Matt Griffin***
112 Mamie Lee Rd
Inverness, MS 38753


Motive Eld***
55 Hawthoren St, Ste 500
San Francisco, CA 94105


Motive***
55 Hawthorne St Ste 400
San Francisco, CA 94105


Navient
Attn: Bankruptcy
Po Box 9635
Wilkes Barre, PA 18773


Netcredit
Attn: Bankruptcy Dept
175 W Jackson Blvd
Ste 1000
Chicago, IL 60604
```

North Mill Eqipment Fi
PO Box 77840
Springfield, OH 45501


OneMain Financial
Attn: Bankruptcy
Po Box 142
Evansville, IN 47701


Pilot Fuel Card***
5508 Lonas Rd
Knoxville, TN 37909


Planet Home Lending
321 Research Parkway
Suite 303
Meriden, CT 06450


PT Corporation***
201 E Sunflower Rd #12
Cleveland, MS 38732


Richard Prince***
248 S Thrd St
Drew, MS 38737


Smart Freight Funding***
2477 River Rd
Stanton, TN 38069


Snap-on Credit
Attn: Bankruptcy
2801 80th Street
Kenosha, WI 53143


Synchrony Bank
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896

Terrance Magsby***
369 Magsby Rd
Coahoma, MS 38617

Tim Ford***
907 W Park Rd
Greenville, MS 38701

Tim Johnson***
458 Smith Rd
Cleveland, MS 38732

TopMark Funding, LLC
516 Gibson Dr.,
Suite 160
Roseville, CA 95678

Tower Loan
Attn: Bankruptcy
Po Box 320001
Flowood, MS 39232

Trailer Sales of Memphis***
3394 Fontaine Rd
Memphis, TN 38116

Truist Bank***
P.O. Box 85092
Richmond, VA 23286

United First
299 NE 191st Street
Miami, FL 33180

US Attorney General
US Dept of Justice
950 Pennsylvania AveNW
Washington, DC 20530-0001

US Bank, NA***
P.O. Box 108
Saint Louis, MO 63166-0108

```
USAA Federal
Attn: Bankruptcy
9800 Fredericksburg Road
San Antonio, TX 78288


USAA Federal***
Attn: Bankruptcy
9800 Fredericksburg Road
San Antonio, TX 78288


Volvo Financial Servic
PO Box 7247-0236
Philadelphia, PA 19170


Webb Trucking, LLC***
501 Arrington Rd
Texarkana, TX 75503
```