ATTACHMENT IV

**PROCEEDING MEMO AND MINUTES OF**
**THE CHAPTER 7 §341 MEETING**
**DATE 09/30/25**

IN RE:   Phillip Bret Campbell                                                                          CASE NO. 25-11685

**APPEARANCES**:

( ) DEBTOR 1                                                                ( ) DEBTOR 2 (Wife in Joint Cases)
    ( ) Required picture I.D. produced                     ( ) Required picture I.D. produced
    ( ) Required SSN verification produced              ( ) Required SSN verification produced
    ( ) Pay advices received                                      ( ) Pay advices received

Credit counseling certificate ( ) filed ( ) not filed

Tax returns received for _____ (years) on _____

Financial Documents were ( ) retained by trustee ( ) returned to debtor(s)

( ) DEBTOR'S REPRESENTATIVE _____
( ) ATTORNEY FOR DEBTOR(S) Thomas C. Rollins, Jr. _____
( ) DEBTOR(S) APPEARED PRO SE
    YES ( ) NO ( ) If Pro Se, did anyone assist with preparation?
    YES ( ) NO ( ) If Yes, obtain completed pro se form.

THE MEETING OF CREDITORS WAS:
    ( )  HELD
    or
    ( )  NOT HELD
    or
    ( X )  NOT CONCLUDED AND IS CONTINUED TO THE 30th DAY OF September, 2025 AT 11:00 O'CLOCK  A.M.

YES ( ) NO ( ) Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. §329.
CREDITOR(s) _____
_____

DEBTOR(s) REQUIRED TO:
( ) AMEND Schedules and Statements within _____ Days of 341(a) Meeting.
( ) OTHER: _____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
_____

ADDITIONAL NOTES: 341 will be continued to allow Trustee additional time to review potential assets
_____

DATED: September 3, 2025            TRUSTEE Miranda Linton Williford
Track # _____            or   Tape # _____ Side _____ Counter Start # _____

{341MSXPM.DOC}