CM/ECF fimgtntc
(Rev. 11/19/24)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

In Re:  Phillip Bret Campbell          )          Case No.: 25−11685−SDM
        Debtor(s)                      )          Chapter: 7
                                       )          Judge: Selene D. Maddox
                                       )
                                       )

## NOTICE OF FAILURE TO FILE A CERTIFICATE OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT

Notice is hereby given that, subject to limited exceptions, an individual debtor must complete an instructional course in personal financial management in order to receive a discharge in Chapter 7 and Chapter 13 cases. (See, 11 U.S.C. §§ 727(a)(11), 1328(g)). Pursuant to Fed. R. Bankr. P. 1007(b)(7), the debtor(s) must file a certificate of completion of personal financial management course within 60 days after the date first set for the meeting of creditors in a Chapter 7 case, and no later than the date the last payment is made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) in a Chapter 13 case.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the certificate of course completion has not been received. Failure to file the certificate of course completion within 14 days from the date of this notice will result in the case being closed without the entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow the filing of the certificate of course completion, the debtor(s) must pay the full reopening fee due for filing the motion.

DATE OF ISSUANCE: 10/29/25

                                      Shallanda J. Clay
                                      Clerk, U.S. Bankruptcy Court
                        BY: SI
                                      Deputy Clerk

United States Bankruptcy Court

Northern District of Mississippi

In re:  
Phillip Bret Campbell  
    Debtor

Case No. 25-11685-SDM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0537-1     User: autodocke     Page 1 of 1  
Date Rcvd: Oct 29, 2025     Form ID: fimgtntc     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Phillip Bret Campbell, 1214 Waverly Ave, Cleveland, MS 38732-4139 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 31, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arnulfo U. Luciano | on behalf of Creditor Cleveland State Bank aluciano@jlpalaw.com mhankins@jlpalaw.com |
| Miranda L Williford | tonya341@hotmail.com;MLWECF@gmail.com;MLWilliford@ecf.axosfs.com;courtecfemails@gmail.com;mllinton@yahoo.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Phillip Bret Campbell trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 4