Certificate Number: 17082-MSN-DE-040266148

Bankruptcy Case Number: 25-11685



17082-MSN-DE-040266148

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2025, at 6:36 o'clock PM MST, PHILLIP CAMPBELL completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date:   November 2, 2025            By:   /s/Orsolya K Lazar

                                    Name: Orsolya K Lazar

                                    Title: Executive Director