**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Phillip Bret Campbell**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx−xx−7321<br>EIN  __−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __−_____ |
| United States Bankruptcy Court | Northern District of Mississippi | |
| Case number: | 25−11685−SDM | |

# Order of Discharge                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Phillip Bret Campbell

<u>11/4/25</u>                                                                    **By the court:**   <u>Selene D. Maddox</u>
                                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                                    Case No. 25-11685-SDM

Phillip Bret Campbell                                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1                      User: autodocke                           Page 1 of 4
Date Rcvd: Nov 04, 2025              Form ID: 318                              Total Noticed: 78

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phillip Bret Campbell, 1214 Waverly Ave, Cleveland, MS 38732-4139 |
| 4579229 | + | BulkBook Logistics, 1007 N Orange St 4th Floor, Ste 2325, Wilmington, DE 19801-1242 |
| 4552932 | + | Cleveland State Bank, PO Box 1000, 110 Commerce Ave, Cleveland, MS 38732-2736 |
| 4560553 | + | Cleveland State Bank, c/o Arnulfo U. Luciano, Jacks Griffith Luciano, P.A., P.O. Box 1209, Cleveland, MS 38732-1209 |
| 4552931 | + | Cleveland State Bank, 110 Commerce Ave, Cleveland, MS 38732-2736 |
| 4574369 | + | Conner Johnson, 458 Smith Rd, Cleveland, MS 38732-8526 |
| 4552933 | + | Creditors Relief, 333 Sylvan Ave, Suite 105, Englewood Cliffs, NJ 07632-2705 |
| 4574370 | + | Darrian Burnett, 407 N Broadway St., Drew, MS 38737-3108 |
| 4574372 | + | Eric Hull, 113 Dean St, Cleveland, MS 38732-2442 |
| 4574373 | + | Fioranelli Fabrication, 3845 US 61, Cleveland, MS 38732-8761 |
| 4574374 | + | General Truck, 1973 East Brooks Road, PO Box 161202, Memphis, TN 38186-1202 |
| 4552940 | + | Lift Fund, 2014 S Hackberry, San Antonio, TX 78210-3541 |
| 4574380 | + | Love's, 2202 W Hefner Rd, Oklahoma City, OK 73120-7604 |
| 4552941 | + | Mallory Campbell, 1214 Waverly Ave, Cleveland, MS 38732-4139 |
| 4574381 | + | Matt Griffin, 112 Mamie Lee Rd, Inverness, MS 38753-9538 |
| 4574382 | + | Motive Eld, 55 Hawthoren St, Ste 500, San Francisco, CA 94105-3960 |
| 4552945 | + | North Mill Eqipment Fi, PO Box 77840, Springfield, OH 45501-7840 |
| 4574386 | + | PT Corporation, 201 E Sunflower Rd #12, Cleveland, MS 38732-2715 |
| 4574385 | + | Pilot Fuel Card, 5508 Lonas Rd, Knoxville, TN 37909-3221 |
| 4574387 | + | Richard Prince, 248 S Third St, Drew, MS 38737-3220 |
| 4574388 | | Smart Freight Funding, 2477 River Rd, Stanton, TN 38069 |
| 4574390 | + | Terrance Magsby, 369 Magsby Rd, Coahoma, MS 38617-9407 |
| 4574391 | + | Tim Ford, 907 W Park Rd, Greenville, MS 38701-8533 |
| 4574392 | + | Tim Johnson, 458 Smith Rd, Cleveland, MS 38732-8526 |
| 4552951 | + | TopMark Funding, LLC, 516 Gibson Dr.,, Suite 160, Roseville, CA 95678-5792 |
| 4574393 | + | Trailer Sales of Memphis, 3394 Fontaine Rd, Memphis, TN 38116-3506 |
| 4552953 | | United First, 299 NE 191st Street, Miami, FL 33180 |
| 4574397 | + | Webb Trucking, LLC, 501 Arrington Rd, Texarkana, TX 75503-4878 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4552923 | | Email/Text: bankruptcy@amuref.com | Nov 04 2025 23:54:00 | AMUR, PO Box 911685, Denver, CO 80291-1685 |
| 4574367 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 04 2025 23:56:40 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 4561068 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2025 23:56:27 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4562711 | + | EDI: AISACG.COM | Nov 05 2025 04:50:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4552921 | + | EDI: GMACFS.COM | | |

| District/off: 0537-1 | User: autodocke | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 04, 2025 | Form ID: 318 | Total Noticed: 78 |

| | | | | |
|---|---|---|---|---|
| 4552922 | + | Email/PDF: bncnotices@becket-lee.com | Nov 05 2025 04:50:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 4552924 | | Email/Text: bankruptcies.notifications@bcu.org | Nov 04 2025 23:57:00 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 4552926 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Nov 04 2025 23:54:00 | BCU, Attn: Bankruptcy, 340 N Milwaukee Ave, Vernon Hills, IL 60061 |
| 4552929 | + | Email/Text: jpaige@cfgms.com | Nov 04 2025 23:56:40 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 4552930 | + | EDI: CRFRSTNA.COM | Nov 04 2025 23:54:00 | CFG Merchant Solutions, 180 Maiden Lane, Floor 15, New York, NY 10038-5150 |
| 4556964 | | EDI: CRFRSTNA.COM | Nov 05 2025 04:50:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 4552927 | + | EDI: CAPITALONE.COM | Nov 05 2025 04:50:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 4552928 | + | EDI: CAPITALONE.COM | Nov 05 2025 04:50:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4563255 | | EDI: CAPITALONE.COM | Nov 05 2025 04:50:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 4552934 | + | Email/Text: UpStart@ebn.phinsolutions.com | Nov 05 2025 04:50:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 4552935 | + | Email/Text: productionprocessing@efpls.ed.gov | Nov 04 2025 23:54:00 | Drbank/upst, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 4552936 | + | EDI: PHINGENESIS | Nov 04 2025 23:54:00 | ECSI, Attn Bankruptcy, 1200 Cherrington Pkwy, Ste 200, Coraopolis, PA 15108-4354 |
| 4552937 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 05 2025 04:50:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 4568762 | + | Email/Text: bankruptcy@towerloan.com | Nov 04 2025 23:54:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 4552939 | + | Email/Text: ebone.woods@usdoj.gov | Nov 04 2025 23:54:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4552938 | | EDI: IRS.COM | Nov 04 2025 23:54:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4571294 | | EDI: JEFFERSONCAP.COM | Nov 05 2025 04:50:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4574383 | | Email/Text: BKNotice@gomotive.com | Nov 05 2025 04:50:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 4552942 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 04 2025 23:54:00 | Motive, 55 Hawthorne St Ste 400, San Francisco, CA 94105 |
| 4553005 | | EDI: MSDOR | Nov 04 2025 23:54:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 4552943 | + | EDI: MAXMSAIDV | Nov 05 2025 04:50:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson MS 39225-2808 |
| 4555966 | + | Email/Text: netcreditbnc@enova.com | Nov 05 2025 04:50:00 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 4552944 | + | Email/Text: netcreditbnc@enova.com | Nov 04 2025 23:54:35 | NetCredit, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 4552946 | + | EDI: AGFINANCE.COM | Nov 04 2025 23:54:35 | Netcredit, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| | | | Nov 05 2025 04:50:00 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |

| Recipient ID | Flag | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 4561146 | + | EDI: AGFINANCE.COM | Nov 05 2025 04:50:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 4552947 | + | Email/Text: BKMAIL@planethomelending.com | Nov 04 2025 23:54:00 | Planet Home Lending, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 4558780 | | EDI: Q3G.COM | Nov 05 2025 04:50:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 4558942 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2025 23:56:26 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4575630 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2025 23:56:26 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4555588 | | Email/Text: legalservices12@snaponcredit.com | Nov 04 2025 23:54:00 | Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 4552948 | ^ | MEBN | Nov 04 2025 23:50:15 | Snap-on Credit, Attn: Bankruptcy, 2801 80th Street, Kenosha, WI 53143-5656 |
| 4552949 | + | EDI: SYNC | Nov 05 2025 04:50:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4552950 | + | EDI: SYNC | Nov 05 2025 04:50:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 4552952 | | Email/Text: bankruptcy@towerloan.com | Nov 04 2025 23:54:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 4574394 | + | Email/Text: bankruptcy@bbandt.com | Nov 04 2025 23:54:00 | Truist Bank, P.O. Box 85092, Richmond, VA 23286-0001 |
| 4553006 | + | Email/Text: USAMSN.Bankruptcy@usdoj.gov | Nov 04 2025 23:54:00 | U. S. Attorney, Northern District of Mississippi, 900 Jefferson Avenue, Oxford MS 38655-3608 |
| 4552954 | ^ | MEBN | Nov 04 2025 23:50:04 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4574395 | | EDI: USBANKARS.COM | Nov 05 2025 04:50:00 | US Bank, NA, P.O. Box 108, Saint Louis, MO 63166-0108 |
| 4558191 | | Email/Text: EDBKNotices@ecmc.org | Nov 04 2025 23:54:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 4552955 | + | EDI: USAA.COM | Nov 05 2025 04:50:00 | USAA Federal, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |
| 4576106 | + | Email/Text: RASEBN@raslg.com | Nov 04 2025 23:54:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 4555460 | + | Email/Text: RASEBN@raslg.com | Nov 04 2025 23:54:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 4555184 | + | Email/Text: UpStart@ebn.phinsolutions.com | Nov 04 2025 23:54:00 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 4552956 | + | Email/Text: vfs.bnc.us@volvo.com | Nov 04 2025 23:54:00 | Volvo Financial Servic, PO Box 7247-0236, Philadelphia, PA 19170-0001 |
| 4575527 | + | Email/Text: vfs.bnc.us@volvo.com | Nov 04 2025 23:54:00 | Volvo Financial Services, a div of VFS US LLC, PO Box 26131, Greensboro, NC 27402-6131 |

TOTAL: 50

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4552925 | *P++ | BAXTER CREDIT UNION, COLLECTION DEPARTMENT, PO BOX 8133, VERNON HILLS IL 60061-8133, address filed with court:, BCU, Attn: Bankruptcy, 340 N. Milwaukee Avenue, Vernon Hills, IL 60061 |
| 4574368 | *+ | Cleveland State Bank, PO Box 1000, 110 Commerce Ave, Cleveland, MS 38732-2736 |
| 4574375 | *+ | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 4574396 | *+ | USAA Federal, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arnulfo U. Luciano | on behalf of Creditor Cleveland State Bank aluciano@jlpalaw.com  mhankins@jlpalaw.com |
| Miranda L Williford | tonya341@hotmail.com;MLWECF@gmail.com;MLWilliford@ecf.axosfs.com;courtecfemails@gmail.com;mllinton@yahoo.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Phillip Bret Campbell trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 4