# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  Phillip Bret Campbell, Debtor        CASE NO. 25-11685-SDM
                                                                                                         **CHAPTER 7**

## **NOTICE OF RESCISSION OF REAFFIRMATION AGREEMENT**

YOU ARE HEREBY NOTIFIED that pursuant to U.S.C.S. § 524(c)(4) the above named Debtor, does hereby rescind any and all Reaffirmation Agreements executed between said Debtor and Ally Capital in the above styled case:

Date: November 19, 2025       Signature:   /s/ Thomas C. Rollins, Jr.
                                                           Thomas C. Rollins, Jr. (MSBN 103469)
                                                           Jennifer Ann Curry Calvillo (MSBN 104367)
                                                           The Rollins Law Firm, PLLC
                                                           P.O. Box 13767
                                                           Jackson, MS 39236

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice was forwarded on November 19, 2025, to:

By First Class U.S. Mail, Postage Prepaid:

     Ally Capital
     c/o AIS Portfolio Services, LLC
     4515 N Santa Fe Ave
     Oklahoma City, OK 73118

By Electronic CM/ECF Notice:

     Case Trustee

     U.S. Trustee

                                                                              /s/ Thomas C. Rollins, Jr.
                                                                              Thomas. C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>Phillip Bret Campbell | CASE NO: 25-11685<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 11/19/2025, I did cause a copy of the following documents, described below,

NOTICE OF RESCISSION

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/19/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

Phillip Bret Campbell

CASE NO: 25-11685

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 7

On 11/19/2025, a copy of the following documents, described below,

NOTICE OF RESCISSION

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/19/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)

```
FIRST CLASS

ALLY CAPITAL
C/O AIS PORTFOLIO SERVICES, LLC
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118
```